UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY BAILEY,

        Plaintiff,

   v.

RIVERSIDE SHERIFF, et al.,

        Defendants.

Case No. 14-cv-04198-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Larry Bailey has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. The IFP application is incomplete because it does not contain a Certificate of Funds completed and signed by an authorized prison officer. Bailey also has failed to file a complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Bailey may move to reopen the action. Any such motion **must** contain (1) a complaint, **and** (2) a Certificate of Funds completed and signed by an authorized prison officer, **or** full payment for the $400.00 filing fee. The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:** November 12, 2014

                                    WILLIAM H. ORRICK
                                    United States District Judge